Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
tanya@moorelawfirm.com

Attorney for Plaintiff
Jose Escobedo

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESCOBEDO,<br><br>    Plaintiff,<br><br>    vs.<br><br>MAC'S TIRE SERVICE, INC., et al.,<br><br>    Defendants. | No. 1:15-cv-00484-MCE-SMS<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION; ORDER** |

WHEREAS, no Defendant has filed an answer or motion for summary judgment;

WHEREAS, Plaintiff and Defendants have settled the matter;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby respectfully requests that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: June 30, 2015                                MOORE LAW FIRM, P.C.


                                                   */s/ Tanya E. Moore*
                                                   Tanya E. Moore
                                                   Attorney for Plaintiff
                                                   Jose Escobedo

**ORDER**

Pursuant to Plaintiff's Notice of Voluntary Dismissal (ECF No. 16), this action is DISMISSED with prejudice. The Clerk of the Court is directed to close this action.

**IT IS SO ORDERED**.

Dated: June 30, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT